MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306
Telephone:   (650) 331-2000
Facsimile:    (650) 331-4537
wjohnson@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K Street, N.W.
Washington, D.C. 20006
Telephone:   (202) 263-3000
Facsimile:    (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendant
UNITED AIR LINES, INC.

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HOLLEY, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BRITISH AIRWAYS PLC, VIRGIN ATLANTIC AIRWAYS LIMITED, and UNITED AIR LINES, INC., <br><br> Defendants. | CASE NO. CV 06-04625-MEJ <br><br> STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-1 TO EXTEND TIME TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-1, in light of the transfer motion now pending before the Judicial Panel on Multidistrict Litigation ("JPML") captioned *In re International Air Transportation Surcharge Antitrust Litigation*, MDL Docket No. 1793, Plaintiff Deborah Holley ("Plaintiff") and Defendants British Airways Plc,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Virgin Atlantic Airways Limited, and United Air Lines, Inc., (collectively, the "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or otherwise plead is enlarged until the later of (1) the date when the Defendants would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on the pending motion and consolidates each related action in a single court, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on Defendants.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the Defendant represented by each such counsel of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest sufficiency of process or service of process.   This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue.  Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph.  The above notwithstanding, should any Defendant, except pursuant to court order, respond to any complaint in a related matter filed in another United States District Court prior to the date contemplated by this stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.

1
2
Respectfully submitted,
3

4
Dated:  August 15, 2006                    MOSCONE, EMBLIDGE, & QUADRA, LLP
5

6                                          /s/
                                           Christopher Moscone (SBN 170250)
7                                          Samantha W. Zutler (SBN 238514)
                                           MOSCONE, EMBLIDGE, & QUADRA, LLP
8                                          180 Montgomery Street, Suite 1240
                                           San Francisco, CA 94104-4238
9                                          T:  (415) 362-3599
                                           F:  (415) 362-7332
10
                                           *Attorneys for Plaintiff Deborah Holley*
11
Dated:  August 15, 2006                    MAYER, BROWN, ROWE & MAW LLP
12

13                                         /s/
                                           Edward D. Johnson (SBN 189475)
14                                         MAYER, BROWN, ROWE & MAW LLP
                                           Two Palo Alto Square, Suite 300
15                                         3000 El Camino Real
                                           Palo Alto, CA  94306
16                                         T: (650) 331-2000
                                           F: (650) 331-4537
17
                                           Richard J. Favretto
18                                         MAYER, BROWN, ROWE & MAW LLP
                                           1909 K Street, NW
19                                         Washington, DC  20006

20                                         *Attorneys for Defendant United Air Lines, Inc.*

21
22
23
24
25
26
27
28
                                        -3-

1   Dated:  August 15, 2006          SULLIVAN & CROMWELL LLP

2
                                     /s/
3                                    _____
                                     Brendan P. Cullen (SBN 194057)
4                                    SULLIVAN & CROMWELL LLP
                                     1870 Embarcadero Road
5                                    Palo Alto, CA  94303
                                     T:  (650) 461-5600
6                                    F:  (650) 461-5700

7                                    Daryl A. Libow
                                     SULLIVAN & CROMWELL LLP
8                                    1701 Pennsylvania Avenue, NW
                                     Washington, DC  20006
9
                                     *Attorneys for Defendant British Airways Plc*
10

11
    Dated:  August 15, 2006
12                                   SIMPSON THACHER & BARTLETT LLP

13
                                     /s/
14                                   _____
                                     Harrison J. Frahn (SBN 206822)
15                                   SIMPSON THACHER & BARTLETT LLP
                                     2550 Hanover Street
16                                   Palo Alto, CA  94304
                                     T:  (650) 251-5000
17                                   F:  (650) 251-5002

18                                   Charles E. Koob (SBN 47349)
                                     SIMPSON THACHER & BARTLETT LLP
19                                   425 Lexington Avenue
                                     New York, NY 10017
20
                                     *Attorneys for Defendant Virgin Atlantic
21                                   Airways Limited*

22   *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests
     that the signatories' concurrences in the filing of this document have been obtained.*
23

24   PURSUANT TO STIPULATION,
     IT IS SO ORDERED:
25
     Date: August 15, 2006
26

27   _____
     Honorable Judge Maria-Elena James
28
                                          -4-

1

2

## PROOF OF SERVICE

3

      I am employed in Santa Clara County, California.  I am over the age of
4
eighteen years and not a party to the within-entitled action.  My business address is
Two Palo Alto Square, Suite 300, Palo Alto, California  94306-2112.

5

      On August 15, 2006, I served the foregoing document(s) described as
6

7
STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE
6-1 TO EXTEND TIME TO RESPOND TO COMPLAINT

8

9
      on each interested party, as follows:

10
      ☐     by transmitting via facsimile the document(s) listed above to the fax
             number(s) set forth below on this date before 5:00 p.m.
11

12
      ☒     by placing the document(s) listed above in a sealed envelope with
             postage thereon fully prepaid, in the United States mail at Palo Alto,
13           California addressed as set forth below.

14
      ☐     by placing the document(s) listed above in a sealed facsimile & U.S.
15           Mail envelope and affixing a pre-paid air bill, and causing the envelope
             to be delivered to a facsimile & U.S. Mail agent for delivery.
16

17
      ☐     by personally delivering the document(s) listed above to the person(s)
             at the address(es) set forth below.
18

19   Christopher Moscone                    Brendan P. Cullen
     Samantha W. Zutler                     SULLIVAN & CROMWELL LLP
20   MOSCONE, EMBLIDGE,                     1870 Embarcadero Road
     & QUADRA, LLP                          Palo Alto, California  94303
21   180 Montgomery Street., Suite 1240
22   San Francisco, CA 94104-4328

23   Harrison J. Frahn                      Daryl A. Libow
24   SIMPSON THACHER &                      SULLIVAN & CROMWELL LLP
     BARTLETT LLP                           1701 Pennsylvania Avenue, NW
25   2550 Hanover Street                    Washington, DC  20006
26   Palo Alto, California  94304

27

28
                                    -5-

1   Charles E. Koob
    SIMPSON THACHER &
2   BARTLETT LLP
3   425 Lexington Avenue
    New York, NY 10017
4
5           I declare under penalty of perjury under the laws of the United States of
    America that the above is true and correct.
6
            Executed on August 15, 2006, at Palo Alto, California.
7
8                                           /s/
                                            Jessica F. Davis
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-6-